**Order entered August 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00104-CV

**CPM TRUST, ET AL., Appellants**

**V.**

**CITY OF PLANO, TEXAS, ET AL., Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03394-2011**

## ORDER

We **GRANT** appellants' August 5, 2014 unopposed motion for an extension of time to file a reply brief. Appellants shall file a reply brief on or before **September 24, 2014**.

/s/    ADA BROWN
        JUSTICE